# United States Bankruptcy Court
# Central District Of California

In re:
Keven C Hurlic

CHAPTER NO.: 7

CASE NO.: 2:10−bk−15647−TD

## AMENDED CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases required by Local Rule 1015−2.
☑ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002−1(g)]
☑ Statement of Assistance of Non−Attorney or Bankruptcy Petition Preparer. [Local Rule 1002−1(g)]
☑ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income
X  Addendum to Voluntary Petition to correct the last 4 digits of joint debtor's
   SSN on face page of petition.


**B.** You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521] within 30 days from filing of your petition. [Local Rule 1002−1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 7    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: February 17, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Bernardita T. Mercene**
    **Deputy Clerk**

mccdn − Revised 12/2009                                          **9 − 1 / BTM**